UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>RUSSELL ANDERS,<br><br>                Defendant. | Case No. CR23-46 TL<br><br>DETENTION ORDER |

Mr. Anders is charged with production of child pornography, 18 U.S.C. §§ 2251(a), (e) and possession of depictions of minors engaged in sexually explicit conduct, 18 U.S.C. §§ 2252(a)(4)(B), (b)(2). The Court held a detention hearing on April 4, 2023, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1.    There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

    2.    Mr. Anders overcame the presumption based on his strong community ties, stable employment, and stable housing.

    3.    Mr. Anders poses a risk of nonappearance due to his owning property in a foreign country and the means to travel outside the United States, as well as extensive

DETENTION ORDER - 1

international travel.

4. Mr. Anders poses a risk of danger to the community due to the nature of the instant offense and potential safety concerns for victims. The Court reviewed victim statements regarding Mr. Anders conduct over the past seven months while the state charges were pending that intimidated his victims due to his proximity to the victims.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Anders' appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Anders shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Anders shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Anders is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

\\

\\

Dated this <u>4</u>th day of April, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3